IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

STEVEN MICHAEL BRAITHWAITE,
ADAM THOMAS BRAITHWAITE, and
NEBRASKA RAILCAR CLEANING
SERVICES, LLC,

                Defendant.

**EXHIBIT LIST**

Case No.    8:18CR216
Deputy:      Laura Coyle
Reporter:    Sue DeVetter
Date:         January 14, 2022

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|-----|-----|-------|-------------|-----|-----|------|----------|------|
| 86 | | | Email | X | | X | | 01/14/2022 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
    **R: Relevancy**
    **H: Hearsay**
    **A: Authenticity**
    **O: Other (specify)**